# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS FORD,<br>          Petitioner<br><br>v.<br><br>WARDEN FMC ROCHESTER,[1]<br>          Respondent | :    No. 3:24-CV-1499<br>:<br>:    (Judge Munley)<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Francis Ford's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED**.

2. The Clerk of Court is directed to CLOSE this case.

Date: 2/19/25

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court

---

[1] When Ford filed the instant petition, he was incarcerated at FCI Schuylkill and named the warden of that facility ("Warden Rickard") as Respondent. (See Doc. 1 at 1). Ford has since been transferred to FMC Rochester. The court will therefore substitute the appropriate Respondent in this case. See 28 U.S.C. § 2242; Rumsfeld v. Padilla, 542 U.S. 426, 434 (2004) (noting that, in federal habeas proceedings, proper respondent is "the person who has custody over [the petitioner]" (alteration in original)); Barry v. Bergen Cnty. Probation Dep't, 128 F.3d 152, 162 (3d Cir. 1997) (citing Braden v. 30th Jud. Cir. Crt. of Ky., 410 U.S. 484, 494-95 (1973) ("The writ of habeas corpus does not act upon the prisoner who seeks relief, but upon the person who holds him in what is alleged to be unlawful custody.")).